E-FILED
Monday, 02 July, 2018  11:17:02 AM
Clerk, U.S. District Court, ILCD

043407/19344/JNR/KLM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| ROBERT T WILLIAMS, | |
| Plaintiff, | No. 17-cv-1466 |
| v. | Judge Joe Billy McDade |
| WEXFORD HEALTH SOURCES INC., | |
| Defendants. | |

### ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

COMES NOW the defendant, Wexford Health Sources, Inc., by its attorneys, CASSIDAY SCHADE LLP, and pursuant to the Merit Review Order filed on January 25, 2018 [Doc. 7] and Local Rule 16.3(E)(2), hereby submits this Answer and Affirmative Defenses to plaintiff's complaint. In support thereof, the following statements are made.

1.  Defendant, Wexford Health Sources, Inc., admits it has contracted with the Illinois Department of Corrections and with various health care professionals who use their judgment to provide medical services to inmates.

2.  Defendant, Wexford Health Sources, Inc., admits jurisdiction is proper in the Central District of Illinois.

3.  Defendant, Wexford Health Sources, Inc., admits venue is proper in the Central District of Illinois.

4.  Defendant, Wexford Health Sources, Inc., denies any act or omission on its part constitutes deliberate indifference to a serious medical need.

5.  Defendant, Wexford Health Sources, Inc., denies plaintiff had a serious medical need as alleged in the complaint.

6.  Defendant, Wexford Health Sources, Inc., denies that any alleged medical

treatment was delayed for cost reasons or that its actions constituted deliberate indifference to a serious medical need.

7. Defendant, Wexford Health Sources, Inc., denies plaintiff was injured by any act, omission, or delay allegedly caused by defendant.

8. Defendant, Wexford Health Sources, Inc., denies plaintiff is entitled to any relief whatsoever.

9. Defendant, Wexford Health Sources, Inc., denies plaintiff's claims are meritorious.

**DEFENDANT DEMANDS TRIAL BY JURY**

**AFFIRMATIVE DEFENSES**

10. To the extent plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

11. To the extent plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO ITS AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, defendant, Wexford Health Sources, Inc., respectfully requests this honorable Court to deny plaintiff any relief in this matter and grant defendant judgment as to all matters and any other relief deemed appropriate, including costs of suit.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.,

    Defendant,

CASSIDAY SCHADE LLP,

    Attorneys for Defendant

By: /s/ Karen L. McNaught

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify the statements set forth herein are true and correct and I caused to be electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system on July 2, 2018, which sends a "Notice of E-Filing" to the following:

None

and I caused to be served a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses upon to the following non-CM-ECF participant:

> Robert T. Williams, #N03588
> Pontiac Correctional Center
> P.O. Box 99
> Pontiac IL 61764

by having it placed in the United States mail located in Springfield, Illinois, with proper postage prepaid, before the hour of 5:00 p.m., on July 2, 2018.

/s/ Karen L. McNaught

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

8885620 KMCNAUGH;KMCNAUGH