ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 8-5-16
Offender: (Please Print) Robert Williams
ID#: N03588
Present Facility: Pontiac Corr. Center
Facility where grievance issue occurred: Pontiac Corr. Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Deliberate Indifference

- [ ] Disciplinary Report: __/__/__  Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the above date 8-5-16 I Robert Williams N03588 W016 went to the eye doctor where I was seen by Dr. Russell. He informed me that Wexford denied me to get surgery done to my left eye. That is completely blind. I was seen by Dr. Ritz at Central Illinois Retina. He approved my need for cataract surgery OS VA= 20/40. PT w/very low vision OS. Additionally. PT has epiretinal membrane OD w/possible traction at the fovea. PT need eval to r/o vitreomacular traction also impending macular hole meets I.Q. I was also approved

Relief Requested: I want to be allow to be able to get surgery for my left eye. My right eye is getting worser, which is deliberate indifference. I am completely blind in my left eye. I have no vision.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mr. Robert Williams     N03588   8-5-16
Offender's Signature    ID#      Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: __/__/__
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 9-11-16
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

SEP 13 2016

Michael R. Melvin
Chief Administrative Officer's Signature    9-13-16

**EXHIBIT A**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

BY MEDICAL DIRECTOR TZIDON AND OPTOMETRY DR RUSSELL. BECAUSE MY VISION IN THERE OPINION HAS GOTTEN WORSTER. ON 12-5-11 I WAS SENT TO A OPTOMETRY IN CARBONDALE I WAS ASSESS POSTERIOR SEGMENT ACCORDING TO ON SITE OPTOMETRY BVA 20/30 OD AND FINGER COUNTY 10 FEET OS TOP 13. L8 ONSITE OPTOMETRY RECOMMENDS CAT EXTRACTION OS TO ASSESS POSTERIOR SEGMENT DISCUSSED IN COLLEGIAL W/ DR. SHEPHERD AND DR. BAKER - APPROVED BY DR. BAKER FOR OPTHAMOLOGY EVAL TO EVALUATE ONH OS AND RETINA ONLY. DOES NOT MEET CRITERIA FOR CAT EXTRACTION WISJ. I.Q AT THAT POINT IN TIME I WAS COMPLETELY BLIND IN MY LEFT EYE THEN AND WEXFORD DENIED TO ALLOW ME SURGERY IN MY LEFT EYE STATING THAT I NEED TO BE ALMOST OR COMPLETELY BLIND IN MY RIGHT EYE TO GET SURGERY DONE IN MY LEFT EYE. I WENT TO OPTHAMOLOGY AGAIN 13.2 12 MY BCVA 20/30 OD AND 20/LP OS SEEN BY OPTHAMOLOGY 01/13/2012 TO EVALUATE ONH AND RETINA OS. RECEIVED REFERRAL RECOMMENDATION FOR CAT EXTRACTION OS TO ALLOW VIEW OF POSTERIOR POLE REFERRAL REVIEWED BY DR. BAKER AND DR. GARCIA. DOES NOT MEET CRITERIA FOR CAT EXTRACTION. MY VISION IS WORSTER NOW THEN IT WAS BY THEN AND I AM BEING DELIBERATE @ INDIFFERENCE BASE ON THE DEFINITION TERM THAT EXPIRED THE MEANING OF DELIBERATE INDIFFERENCE. AND WEXFORD ARE DELIBERATELY LETTING MY RIGHT EYE GET WORSTER BEFORE I AM ALLOWED TO GET A OPERATION ON MY LEFT EYE THAT IS COMPLETELY BLIND. I AM ASKING YOU TO STEP IN WARDEN AND ORDER WEXFORD TO GIVE ME THE SURGERY THAT I NEED IN MY LEFT EYE SO I CAN SEE. I AM (A.D.A) AMERICAN, (ITH DISABILITY ACT) AND (S.M.I.) SERIOUSLY MENTALLY ILL. I AM ASKING TO BE COMPENSATED FOR THE PAIN AND SUFFERING THAT I AM GOING THROUGH.

8.5.16
C.C.
R.W.

RESPECTFULLY,
MR. Robert Williams
MR. ROBERT WILLIAMS
N03588
P.O. BOX 99
PONTIAC, IL 61764

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: __Williams__ / __Robert__ / __N03588__
         Last Name / First Name / MI / ID#

Facility: __Pontiac__

☑ Grievance: Facility Grievance # (if applicable) _____  Dated: __8/5/16__  or ☐ Correspondence: Dated: _____
Received: __9/13/16__  Regarding: __Denied surgery on left eye 8/5/16__

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☑ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____.
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: __Debbie Knauer__   Signature: __Debbie Knauer__   __10/31/16__
              Print Name

Distribution: Offender
              Inmate Issues

Printed on Recycled Paper

EXHIBIT B