Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

ROBERT WILLIAMS, )
)
Plaintiff, )
)
vs. ) Case Number: 17-1466
)
WEXFORD HEALTH SOURCES, INC., )
)
Defendant. )

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice for failure to exhaust administrative remedies, with the parties to bear their own costs.

Dated: 12/20/2018

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court